```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

CATHY ANN TAITE,                :

    Plaintiff,              :

vs.                             :
                                        CIVIL ACTION 05-0320-BH-M
JO ANNE B. BARNHART,            :
Commissioner of
Social Security,                :

    Defendant.              :

### ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

**DONE** this 20th day of March, 2006.

                                                       s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE