IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CATHY ANN TAITE,                :

    Plaintiff,              :

vs.                             :
                                           CIVIL ACTION 05-0320-BH-M
JO ANNE B. BARNHART,            :
Commissioner of
Social Security,                :

    Defendant.              :


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Cathy Ann Taite.

**DONE** this 20th day of March, 2006.

                                                                        s/ W. B. Hand
                                                    SENIOR DISTRICT JUDGE